Name: Matthew R Thomas
Address: 301 E Kansas St, Lansing, KS 66043

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Matthew Thomas, Plaintiff
(Full Name)

v.

Centurion, Defendant(s)

CASE NO. 22-3026-SAC
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. §1983

## A. JURISDICTION

1) Matthew Thomas (Plaintiff) is a citizen of Kansas (State) who presently resides at 301 E. Kansas St, Lansing, KS 66043 (Mailing address or place of confinement) Lansing Correctional Facility.

2) Defendant Centurion Company (Name of first defendant) is a citizen of Lansing, Kansas (City, State), and is employed as Medical Staff (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

_____

_____

XE-2 8/82   CIVIL RIGHTS COMPLAINT §1983

1

3) Defendant _____ is a citizen of
   (Name of second defendant)
   
   _____, and is employed as
   (City, state)
   
   ~~N/A~~
   
   _____. At the time the
   (Position and title, if any)
   
   claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☐ No ☐. If your answer is "Yes", briefly explain:
   
   _____
   
   _____
   
   (Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

   Malpractic

   _____

## B. NATURE OF THE CASE

1) Briefly state the background of your case: PP
   
   doo Arch. PP work

C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8½" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: __Malpractic__

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):
__See Atch pp__

B) (1) Count II: __N/A__

(2) Supporting Facts: __N/A__

3

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983

C) (1) Count III: _~~N/A~~_

(2) Supporting Facts: _____

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes [X] No [ ]. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:
      Plaintiffs: _Matthew Thomas_
      Defendants: _Neosho County_
   b) Name of court and docket number _Pending_

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _Pending_

   d) Issues raised _Pending_

e) Approximate date of filing lawsuit **on or around January 17th 2022**

f) Approximate date of disposition **Pending**

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes [X] No [ ]. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

**Public Form 9's to me UT for Public Defender for me, & sickcall forms.**

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

**See Att**

_____   _____
**Matthew Thomas**              **Matt Thomas 0080566**
Signature of Attorney (if any)    Signature of Plaintiff

**301 E. Kansas St.**
**Lancing, KS 66043**
**Same**
(Attorney's full address and telephone number)

United States District Court
District of KANAS

Matthew R Thomas
  .V.

~~B Berg~~
~~Lansing Correction Facility~~
Medical Staff ie (Centurion)

On January 10th 2022, I Matthew R. Thomas have Been Sick-Due to (Requestionable) Covid 19. 2nd Virus. Upon Request to Centurion a medical provider at all (KDOC) Facielty's the only Faciely that had Failed-upon Reasonadle time Frame to Respounced to a Sick-Call Request Form to Be Tested, On January 18th 2022, I was Finally since only B/C a COII officer had called to Clinic known as Centurion as medical staff only at LCF does this occurs to Delayed Testing. I've Been Sick in Bed for 12 Days, now, only on January 18th 2022 was Tested. Please File Under 555 Habaus Corpus Lawsuit and Now I've had a Fever & Still extremly Sick all Night, more chest Pains

Matthew R Thomas  1-27-22 3Pm